UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No. 2:06-cr-10

KRESHNIK ZENELI,                  HON. ROBERT HOLMES BELL

        Defendant.
_____/

## ORDER OF DETENTION

On June 15, 2006, material witness Rengina Vasilopolou appeared before the undersigned on a warrant of arrest. At that time, Ms. Vasilopoulou was advised that she was a material witness in the above-captioned matter and that she would be held to testify at the sentencing of defendant Zeneli, scheduled for September 21, 2006. The court was advised that an immigration detainer had been placed on Ms. Vasilopoulou. Counsel was appointed for Ms. Vasilopoulou and the court advised her that she had the right to a detention hearing and that one would be set if requested. Accordingly, Ms. Vasilopoulou was ordered detained pending further proceedings.

Therefore, IT IS HEREBY ORDERED that Rengina Vasilopoulou shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, and afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an

attorney for the government, the person in charge of the corrections facility shall deliver Ms. Vasilopoulou to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    IT IS SO ORDERED.

                /s/ Timothy P. Greeley
                TIMOTHY P. GREELEY
                UNITED STATES MAGISTRATE JUDGE

Dated:  June 20, 2006